# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTIAN ORTIZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-95 |
| v. | * | |
| WARDEN, JESUP GA CAMP, | * | |
| Respondent. | * | |

FILED
Scott L. Poff, Clerk
United States District Court
By mgarcia at 2:14 pm, Nov 26, 2019

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Christian Ortiz ("Ortiz") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Ortiz's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Ortiz *in forma pauperis* status on appeal.

**SO ORDERED**, this 26 day of November, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA